IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT SHAW SOTO                                        PETITIONER

v                          CASE NO. 5:07-CR-05026-JLH

LARRY NORRIS, Director
Arkansas Department of Correction                       RESPONDENT

ORDER

Petitioner has submitted for filing in this district a pro se petition under 28 U.S.C. Section 2254 for a writ of habeas corpus. The court finds the petition should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the petition nunc pro tunc as of February 13, 2007

The court has provided petitioner with an application for proceeding as a pauper in this matter. Accordingly, petitioner is given up to an including March 13, 2007, in which to furnish the court with an application or pay the filing fee. Should petitioner fail to comply within the required period of time, his petition will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 15th day of February 2007.

/s/ J. Marschewski
Honorable James R. Marschewski
United States Magistrate Judge