```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

ROBERT SHAWN SOTO                                          PETITIONER

       v.                Civil No. 07-5026

LARRY NORRIS, Director
Arkansas Department of Correction                          RESPONDENT

### ORDER

NOW on this 21st day of August, 2007, comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 9) in this matter.  Petitioner has filed written objections (Doc. 11) to the Report and Recommendation.  The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects; that the petitioner's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report And Recommendation is **adopted in toto**.

IT IS FURTHER ORDERED that, for the reasons set forth therein, the instant petition is **denied** and **dismissed with prejudice**.  Petitioner's Motion for Appointment of Counsel (Doc. 12) is **DENIED**.

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE